UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DARLENE STEVENS, et al., | Case No. 2:17-cv-00970-JCM-PAL |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

This matter is before the court on the parties' Response (ECF No. 14) to the court's Order to Show Cause (ECF No. 10) for the parties' failure to file a joint status report concerning removal of this case from state to federal District Court.

The parties have now filed their Joint Status Report (ECF No. 13). The court is satisfied that the parties did not intentionally disregard the court's Orders (ECF No. 2, 8), and sanctions are not warranted.

**IT IS SO ORDERED.**

DATED this 26th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE