**SAO**
**RYAN M. ANDERSON, ESQ**.
Nevada Bar No. 11040
**JACQUELINE BRETELL, ESQ.**
Nevada Bar No. 12335
**LAUREN D. CALVERT, ESQ.**
Nevada Bar No. 10534
**MORRIS//ANDERSON**
716 S. Jones Boulevard
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Fax:     (702) 507-0092
*Attorneys for Plaintiff Darlene Stevens*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE STEVENS, as an individual and as the wife of SCOTT STEVENS, and SCOTT STEVENS, as an individual and as the husband of DARLENE STEVENS, | CASE NO: 2:17-cv-00970-JCM-PAL |
| Plaintiffs, | |
| v. | |
| KEVIN PRENTICE, WAL-MART STORES, INC, DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER, I-V, ROE OWNERS, ROE EMPLOYER, and ROE COMPANIES. | |
| Defendants. | |

## <u>STIPULATION AND ORDER TO DISMISS DEFENDANT KEVIN PRENTICE, ONLY, WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed against Defendant Kevin Prentice, only, with each party to bear their own attorneys' fees and costs.

///

///

## STIPULATION AND ORDER TO DISMISS DEFENDANT KEVIN PRENTICE, ONLY, WITH PREJUDICE

The parties agree that Defendant Kevin Prentice was acting within the course and scope of his employment on the date of the incident that is the subject of Plaintiffs' Complaint, and therefore Defendant Wal-Mart Stores, Inc. is vicariously liable for any and all actions by Kevin Prentice.

DATED this _____ day of September, 2017.      DATED this _____ day of September, 2017.

**MORRIS//ANDERSON**                             **LAW OFFICES OF CHARLES ABBOTT, PC**

/s/ Jacqueline R. Bretell                        /s/ Charles Abbott
_____                  _____
**JACQUELINE R. BRETELL, ESQ.**                  **CHARLES ABBOTT, ESQ.**
Nevada Bar No. 12335                             Nevada Bar No. 13811
716 S. Jones Boulevard                           2150 Park Place, Suite 100
Las Vegas, NV 89107                              El Segundo, CA 90245
*Attorneys for Plaintiffs*                        *Attorneys for Defendants*.

///

///

///

///

///

///

///

///

///

///

///

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby ORDERED, ADJUDGED AND DECREED that the Defendant Kevin Prentice is dismissed, with prejudice, and each party is to bear their own attorneys' fees and costs. There is currently no Presiding Judge appointed and no date set for the Trial in this matter.

DATED September 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**MORRIS ANDERSON**

_____/s/ Jacqueline R. Bretell_____
**JACQUELINE R. BRETELL, ESQ.**
Nevada Bar No. 12335
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs*