UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARLENE STEVENS, et al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-00970-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 62) |

This matter is before the court on the Substitution of Attorneys (ECF No. 62). Robert K. Phillips and Pooja Kumar of Phillips Spallas & Angstadt, LLC seek leave to be substituted in the place of Charles Abbott of the Law Office of Charles Abbot, and Ronald Reynolds and Harrison Reynolds of Reynolds & Associates for defendant Wal-Mart Stores, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

　Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 62) is **GRANTED**.
2. Robert K. Phillips and Pooja Kumar of Phillips Spallas & Angstadt are substituted in the place of Charles Abbott of the Law Office of Charles Abbott, and Ronald Reynolds and Harrison Reynolds of Reynolds & Associates for defendant Wal-Mart Stores, Inc., subject to the provisions of LR IA 11-6(c) and (d).

DATED this 28th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE