UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARLENE STEVENS, et al.,<br><br>                              Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                              Defendant. | Case No. 2:17-cv-00970-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 73) filed March 8, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 6, 2018. Defendants filed a Motion for Partial Summary Judgment (ECF No. 81) June 6, 2018, which the District Judge denied in an Order (ECF No. 86) entered August 8, 2018. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 4, 2018.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 20th day of September, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE