**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 11040
**MORRIS//ANDERSON**
716 S. Jones Boulevard
Las Vegas, Nevada 89107
Phone: (702) 333-1111
Fax: (702) 507-0092
*Attorneys for Plaintiffs*
*Darlene & Scott Stevens*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DARLENE STEVENS, as an individual and as wife of
SCOTT STEVENS, and
SCOTT STEVENS, as an individual and as husband of
DARLENE STEVENS,

                Plaintiffs,

v.

KEVIN PRENTICE, WAL-MART STORES, INC,
DOE MAINTENANCE EMPLOYEE,
DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE,
DOE OWNER, I-V, ROE OWNERS,
ROE EMPLOYER, and ROE COMPANIES.

                Defendants.

CASE NO: 2:17-cv-00970-JCM-BNW

### STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND BENCH TRIAL

       IT IS HEREBY STIPULATED AND AGREED the parties hereto, through their respective counsel of record in the above-captioned matter that the Calendar Call set for September 18, 2019 at 1:30 pm and Bench Trial set for September 23, 2019 at 9:00 am be moved out at least sixty (60) days. The parties have reached a settlement agreement and are working on finalizing the settlement documents.

///

///

///

*Stevens V. Wal-Mart Inc., Et Al.*
**Case No.: 2:17-Cv-00970-JCM-BNW**
**Stipulation And Order To Continue Calendar Call And Bench Trial**

The parties further agree to the Court setting a Status Check regarding settlement documents at least sixty (60) days out should the Court deem necessary.

DATED this __17th_ day of September, 2019.      DATED this __17th__ day of September, 2019.

| MORRIS//ANDERSON | PHILLIPS, SPALLAS & ANGSTADT LLC |
|---|---|
| */s/ Ryan M. Anderson* | */s/ Timothy D. Kuhls* |
| **RYAN M. ANDERSON, ESQ.** Nevada Bar No. 11040 **JACQUELINE R. BRETELL, ESQ.** Nevada Bar No. 12335 716 S. Jones Boulevard Las Vegas, NV 89107 *Attorneys for Plaintiffs* | **ROBERT K. PHILLIPS, ESQ,** Nevada Bar No. 11441 **TIMOTHY D. KUHLS, ESQ.** Nevada Bar No. 13362 504 South Ninth Street Las Vegas, Nevada 89101 *Attorney for Defendant* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby ORDERED, ADJUDGED AND DECREED that the Calendar Call and Bench Trial are continued. The new date for the Calendar Call is  November 27,  2019 at  1:30 p.m.;  Bench Trial is  December 2, 2019, at 9:00 a.m.

DATED  September 18, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**MORRIS ANDERSON**

  */s/ Ryan M. Anderson*
**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 12335
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs*