ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE STEVENS, as an individual and as the wife of SCOTT STEVENS, and SCOTT STEVENS, as an individual and as the husband of DARLENE STEVENS, Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOE OWNER I-V, ROE OWNERS, ROE EMPLOYER, and ROE COMPANIES,<br><br>Defendants. | Case No: 2:17-cv-00970-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND BENCH TRIAL** |

IT IS HEREBY STIPULATED AND AGREED the parties hereto, through their respective counsel of record in the above-captioned matter that the Calendar Call set for November 27, 2019 at 1:30 pm and Bench Trial set for December 2, 2019 at 9:00 am be moved out at least thirty (30) days. The parties have reached a settlement agreement and are working on finalizing the settlement documents.

. . .

. . .

The Parties request that the Court set a Status Check regarding settlement documents at thirty (30) days out to the extent the Court deems one necessary.

DATED this 26th day of November, 2019.

**MORRIS // ANDERSON**

*/s/ Jacqueline R. Bretell*

RYAN M. ANDERSON, ESQ.
Nevada Bar No. 11040
JACQUELINE R. BRETELL, ESQ.
Nevada Bar No. 12335
716 S. Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

DATED this 26th day of November, 2019.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Timothy D. Kuhls*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant Walmart, Inc.*

Case Name:   **Darlene Stevens v. Walmart, Inc.**
Case No.:      **2:17-cv-00970-JCM-PAL**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby ORDERED, ADJUDGED AND DECREED that the Calendar Call and Bench Trial are continued. The new date for the Calendar is **December 31, 2020 at 1:30 p.m.** and the new date of the Bench Trial is **January 6, 2020, at 9:00 a.m.**

DATED November 26, 2019.

UNITED STATES DISTRICT COURT JUDGE