ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant
Walmart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE STEVENS, as an individual and as the wife of SCOTT STEVENS, and SCOTT STEVENS, as an individual and as the husband of DARLENE STEVENS, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., DOE MAINTENANCE EMPLOYEE, DOE EMPLOYEE, DOE JANITORIAL EMPLOYEE, DOEOWNER I-V, ROE OWNERS, ROE EMPLOYER, and ROE COMPANIES, <br><br> Defendants. | Case No.: 2:17-cv-00970-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 30 day of ~~October~~ December, 2019.                    DATED this 30 day of ~~October~~ December, 2019.

**MORRIS // ANDERSON**                                              **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____ Bar #13971                                _____ (1413)
RYAN M. ANDERSON, ESQ.                                              ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11040                                                Nevada Bar No. 11441
JACQUELINE R. BRETELL, ESQ.                                         TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 12335                                                Nevada Bar No. 13362
716 S. Jones Boulevard                                              504 S. Ninth Street
Las Vegas, NV 89107                                                 Las Vegas, NV 89101

*Attorneys for Plaintiff*                                           *Attorneys for Defendant*
*Darlene Stevens, Scott Stevens*                                    *Walmart Inc.*

*Darlene Stevens*
*Case No.* **2:17-cv-00970-JCM-BNW**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this ____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**